**FILED**

February 12, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Julie Golden_____

DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC., d/b/a INTEGRATED SPORTS MEDIA as Broadcast Licensee of the September 5, 2021 Peru v. Venezuela Soccer Match, | § § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:23-cv-00784-DII |
| 1) OLSCRHTI BEV DOS, LLC, individually, and d/b/a OJOS LOCOS SPORTS CANTINA and d/b/a OJOS LOCOS AUSTIN; 2) RICHARD S. HICKS, individually, and d/b/a OJOS LOCOS SPORTS CANTINA and d/b/a OJOS LOCOS AUSTIN; and 3) CRAZY EYES HOLDINGS, LLC, individually, and d/b/a OJOS LOCOS SPORTS CANTINA and d/b/a OJOS LOCOS AUSTIN; and 4) REACH RESTAURANT GROUP, LLC, individually, and d/b/a OJOS LOCOS SPORTS CANTINA and d/b/a OJOS LOCOS AUSTIN; and 5) TODD ISTRE, individually, and d/b/a OJOS LOCOS SPORTS CANTINA and d/b/a OJOS LOCOS AUSTIN, | § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Innovative Sports Management, Inc. ("Plaintiff") and Defendants (1) Olscrhti

Bev Dos, LLC, individually, and d/b/a Ojos Locos Sports Cantina and d/b/a Ojos Locos Austin;

(2) Richard S. Hicks, individually, and d/b/a Ojos Locos Sports Cantina and d/b/a Ojos Locos

Austin; (3) Crazy Eyes Holdings, LLC, individually, and d/b/a Ojos Locos Sports Cantina and

d/b/a Ojos Locos Austin; (4) Reach Restaurant Group, LLC, individually, and d/b/a Ojos Locos

Sports Cantina and d/b/a Ojos Locos Austin; and (5) Todd Istre, individually, and d/b/a Ojos

Locos Sports Cantina and d/b/a Ojos Locos Austin ("Defendants") announced to the Court that

this case is settled. Plaintiff and Defendants also announced to the Court that they agree to

dismiss their claims with prejudice to re-filing of same, and that each party will bear their own

costs.

IT IS, THEREFORE, ORDERED that Plaintiff's claims against Defendants as well as

any claims that Defendants could have brought against Plaintiff, are dismissed with prejudice.

IT IS FURTHER ORDERED that all costs of court shall be borne by the party incurring

same.

As the Court intends for this *Agreed Order of Dismissal With Prejudice* to be a final

judgment, any relief not expressly granted herein is hereby DENIED.

SIGNED this 12th day of February, 2024.


ROBERT PITMAN
UNITED STATES DISTRICT JUDGE



AGREED TO:



By: _/s/  David M. Diaz_                    By: _/s/  Kevin M. Long_
    David M. Diaz                            Kevin M. Long
    State Bar No. 24012528                   State Bar No. 24055866
    ddiaz@jonesdavis.com                     klong@oldenettllaw.com

JONES, DAVIS & JACKSON, PC               OLDENETTEL & LONG
15110 N. Dallas Parkway, Suite 300       12238 Queenston Blvd., Suite E
Dallas, Texas 75248                      Houston, Texas 77095
(972) 733-3117 – Telephone               (713) 600-9858 – Telephone

ATTORNEY FOR PLAINTIFF                   ATTORNEY FOR DEFENDANTS